IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HALSEY FISCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 3:12-CV-589 |
| | ) |
| GLOBALOPTIONS SERVICES, INC., | ) Judge Haynes |
| | ) Magistrate Judge Knowles |
| Defendant. | ) |
| | ) |
| | ) |

*Order
The motion
is GRANTED
The conference
is reset for
July 30, 2012
at 3:00
pm.*

*[signature]
7-2-12*

## MOTION TO CHANGE THE TIME OR RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE

The Plaintiff hereby moves the Court to move the Initial Case Management Conference set in this case on July 30, 2012 at 2:00 p.m. until later that day if there is time on the Court's docket, or to reschedule it for July 31, August 1, or July 25 through July 27 on the grounds that Plaintiff's counsel is previously scheduled by an earlier order to be present for an initial case management conference set in Judge Aleta Trauger's court at 1:30 p.m. on the same day, July 30, 2012. Grounds for the motion are as follows:

1.    By order entered May 17, 2012, in case 3:12-cv-0497, Judge Trauger scheduled an initial case management conference in that matter for July 30, 2012 at 1:30 p.m.

2.    By order entered June 8, 2012, the Court in the instant case scheduled the initial case management conference for July 30, 2012 at 2:00 p.m.

3.    Plaintiff's counsel anticipates that the initial case management conference in the matter pending in Judge Trauger's court is likely to take longer than half an hour, and out of concern that the 1:30 p.m. case management conference would extend into the time set for the 2:00 p.m. case management conference, Plaintiff's counsel