# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

HALSEY FISCHER,        )
                         )
      Plaintiff,      )
                         )    NO. 3:12-0589
v.                        )    JUDGE HAYNES
                         )
GLOBALOPTIONS SERVICES, INC.,    )
                         )
      Defendant.    )

# O R D E R

The Court has been advised by the Mediator that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the _18th_ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge