IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALSEY FISCHER, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:12-0589 |
| | ) JUDGE HAYNES |
| GLOBALOPTIONS SERVICES, INC., | ) |
| Defendant. | ) |

## ORDER

The Court has been advised by the Mediator that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 18th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge