IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HALSEY FISCHER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-CV-589 |
| v. | ) | |
| | ) | JURY DEMAND |
| GLOBALOPTIONS SERVICES, INC., | ) | |
| | ) | JUDGE HAYNES |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION

The Plaintiff and Defendant jointly move the Court as follows.

Subsequent to receipt of the Report of the Mediator of compromise and settlement, the Court entered an order on September 18, 2012 dismissing the case without prejudice.

The parties now move the Court to enter the Compromise and Settlement Order and Dismissal with Prejudice which is submitted herewith.

Respectfully submitted,

DICKINSON WRIGHT, PLLC

By: /s/Philip M. Kirkpatrick
Philip M. Kirkpatrick, BPR #6161
Fifth Third Center
424 Church St., Suite 1401
Nashville, TN 37219-2392

Attorneys for Plaintiff

CONFIDENTIAL ETMI-00329