IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALSEY FISCHER, | ) |
| | ) |
| Plaintiff, | ) 3:12-CV-589 |
| v. | ) |
| | ) JURY DEMAND |
| GLOBALOPTIONS SERVICES, INC., | ) |
| | ) JUDGE HAYNES |
| Defendant. | ) |

### AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of the respective counsel for the parties appearing below, that the Plaintiff, Halsey Fischer (hereinafter "Plaintiff"), and the Defendant, GlobalOptions Services, Inc. (hereinafter "Defendant"), have agreed to compromise and settle all matters in controversy in this case, it is accordingly,

ORDERED, ADJUDGED, and DECREED that this cause be and the same is hereby dismissed with prejudice to the re-filing of same as to the Defendant, and there shall be no application for bill of costs.

*[signatures]*
11-13-12

CONFIDENTIAL ETMI-00331